Argued and submitted November 5, reversed November 14, 1984

In the Matter of the Marriage of

CONDON,
*Respondent,*
*and*

CONDON,
*Appellant.*

(81-1869-E; CA A31569)

690 P2d 1121

Donald H. Coulter, Grants Pass, argued the cause for appellant. With him on the brief was Myrick, Coulter, Seagraves, Myrick & Adams, Grants Pass.

Walter L. Cauble, Grants Pass, waived appearance for respondent.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

**PER CURIAM**

The trial court's holding that defendant was in indirect contempt is not supported by adequate findings. *See State ex rel v. Bassett,* 166 Or 628, 113 P2d 432, 114 P2d 546 (1941); *State ex rel Hiers v. Strain,* 56 Or App 402, 642 P2d 315 (1982).

Reversed. Costs to appellant.